## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                              )
                                    )
IESHA T. GORDON,                    )          No. 20-00475
                                    )
            Debtor.                 )

## NOTICE OF MOTION

TO:

**VIA ORDINARY MAIL:**                    **VIA ELECTRONIC MEANS:**
Iesha T. Gordon                           M.O. Marshall
3836 W 115th Place                        Bankruptcy Trustee
Alsip, IL  60803                          ecf@55chapter13.com

**VIA ELECTRONIC MEANS:**                 **VIA ELECTRONIC MEANS:**
David M. Siegel                           Patrick S. Layng
Attorney for Debtor                       Office of the US Trustee Region 11
davidsiegelbk@gmail.com                   USTPRegion11.ES.ECF@usdoj.gov

**VIA ELECTRONIC MEANS:**
PRA Receivables Management, LLC
claims@recoverycorp.com

## THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

PLEASE TAKE NOTICE that on March 10, 2021, at 10:00 a.m., I will appear telephonically before the Honorable Jack B. Schmetterer, or any judge sitting his place, and present the Motion for Relief from Automatic Stay, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information— Toll Free Number: 1-877-336-1839; Access Code: 3900709.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                              /s/     Allison E. Walsh
                                      Brooks Law Firm, P.C.
                                      3725 Blackhawk Road, Suite 200
                                      Rock Island, IL  61201
                                      Phone: 309-786-4900
                                      aew@brookslawfirmpc.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify that I served a copy of this Notice with attached Motion, upon the parties listed above, via electronic means or by mailing the same in a properly addressed envelope, postage prepaid, from 3725 Blackhawk Road, Suite 200, Rock Island, Illinois 61201 on the 18th day of February, 2021.


/s/      Allison E. Walsh

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                              )
                                    )
IESHA T. GORDON,                    )          No. 20-00475
                                    )
          Debtor.                   )

## <u>MOTION FOR RELIEF FROM STAY</u>

COMES NOW Creditor, Vibrant Credit Union, by and through its attorneys, Brooks Law Firm, P.C., for its Motion for Relief from Automatic Stay states:

1.      The Debtor in this cause filed a Petition for Chapter 13 Bankruptcy Relief on January 8, 2020.

2.      Vibrant Credit Union is a creditor of Debtor, IESHA T. GORDON.

3.      On or about July 12, 2018, Debtor and non-filing co-debtor, QUINCY J. ILME, entered into a Closed-End Note, Disclosure, Loan and Security Agreement with Vibrant Credit Union for the purchase of a 2018 Mercedes-Benz GLC Class.  (See attached Exhibit "A").

4.      As security for the performance of the terms of the Contract, the non-filing co-debtor, QUINCY J. ILME, granted Vibrant Credit Union a security interest in the 2018 Mercedes-Benz GLC Class, Vehicle Identification Number WDC0G4KB6JV026201.

5.      Vibrant Credit Union perfected its first security interest in the vehicle by having it recorded on the Certificate of Title to a Vehicle as issued by the State of Illinois.  (See attached Exhibit "B").

6.      Pursuant to the Contract, the Debtor and non-filing co-debtor, QUINCY J. ILME, agreed to make monthly payments of principal and interest until the loan was paid in full.

7.      The account is due for the July 26, 2020, payment and each payment thereafter.  The outstanding payoff balance under the contract is $41,291.50.

8.     The Debtor's Chapter 13 Plan provides for the non-filing co-debtor, QUINCY J. ILME, to make payments directly to Vibrant Credit Union.

9.     Pursuant to 11 U.S.C. §362(d), Vibrant Credit Union is not adequately protected and relief from the automatic stay is appropriate in that the interests of Vibrant Credit Union would be irreparably harmed by continuation of the stay.

10.     That the provisions of Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE secured creditor, Vibrant Credit Union prays:

A.     That this Court, on such notice and hearing as it may direct, enter and enroll an Order pursuant to 11 U.S.C. §362(d) to terminate the automatic stay so that Vibrant Credit Union can seek the return of said property;

B.     That this Court waive the provisions of Bankruptcy Rule 4001(a)(3); and,

C.     That this Court grants such relief as may be equitable in the premises.

Respectfully submitted,

/s/ Allison E. Walsh
Brooks Law Firm, P.C.
3725 Blackhawk Road, Suite 200
Rock Island, IL 61201
Telephone: 309-786-4900
Facsimile: 309-786-4940
aew@brookslawfirmpc.com
**ATTORNEYS FOR**
**VIBRANT CREDIT UNION**